Francisco A. PICON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35625.

Missouri Court of Appeals,
Western District.

Dec. 26, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 5, 1985.

Michael Radosevich, Columbia, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate conviction. Appellant pleaded guilty to two counts of sodomy, Section 566.060 RSMo (1978), and was sentenced to seven years on each count, to be served concurrently.

Judgment affirmed. Rule 84.16(b).